**Order entered July 11, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00257-CR

**ALI L. GHANBARI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81974-2013**

## ORDER

Before the Court is appellant's June 27, 2018 motion for leave to file supplemental brief.

We **GRANT** the motion. Appellant may file, within ten days of the date of this order, a supplemental brief substantially identical to the sample supplemental brief attached to his motion as an appendix.

/s/     CRAIG STODDART
         JUSTICE